IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR348 |
| v. | ) | |
| EVELYN C. LEE, | ) | ORDER |
| Defendant. | ) | |

Before the court is defendant's oral motion to extend her self-surrender date to the Bureau of Prisons. AUSA Kim Bunjer was present in chambers and Deputy Public Defender Karen Shanahan participated by phone. After considering the matter, the court will grant the motion.

IT IS ORDERED that defendant's self-surrender date to USP Hazelton Camp, Skyview Drive, Bruceton Mills, West Virginia, is extended to **June 17, 2008, by 2:00 p.m.**

DATED this 9th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge