IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:07CR348 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| EVELYN C. LEE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 65), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Petition for Offender Under Supervision.

IT IS ORDERED that the Motion to Dismiss the Petition for Offender Under Supervision (Filing No. 65) is granted.

Dated this 10th day of February, 2016.

BY THE COURT:

   s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Senior United States District Judge